# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB P. SCOTT,<br><br>WILLIAM STAUBLE,<br><br>URI ZVI,<br><br>KEITH R. RIDLEY,<br><br><br><br>JAMARA L. WOMACK,<br><br>JAMES E. MANLEY,<br><br>SUMMER L. OHARA-GUNHAMMER,<br><br>BAXTER M. ROACH,<br><br>WENDY M. WEHR,<br><br>MATTHEW W. ANDERSON, | GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS<br><br>VIOLATION NOS. AND LOCATION CODES:<br><br>PO-19-5020-GF-JTJ<br>6562785 – M13<br>PO-19-5023-GF-JTJ<br>6564583 – M13<br>PO-19-5025-GF-JTJ<br>6564037 – M13<br>PO-19-5031-GF-JTJ<br>6457314 – M13<br>PO-19-5032-GF-JTJ<br>6457315 – M13<br>PO-19-5033-GF-JTJ<br>6457316 – M13<br>PO-19-5037-GF-JTJ<br>7392932, 7392933 – M13<br>PO-19-5039-GF-JTJ<br>7392452 – M13<br>PO-19-5047-GF-JTJ<br>FATH0002T – M7<br>PO-19-5050-GF-JTJ<br>FATH002M – M7<br>PO-19-5053-GF-JTJ<br>7353979 – M13 |

| | |
|---|---|
| **NOLAN G. IWINSKI,** | **PO-19-5067-GF-JTJ** |
| | **6562770 – M13** |
| **SHAILJA KHATRY,** | **PO-19-5069-GF-JTJ** |
| | **6564596 – M13** |
| **DARISSA D. SMITH,** | **PO-19-5080-GF-JTJ** |
| | **6028222 – M13** |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS**

**ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim.

P. 48(a), and the warrants are **QUASHED**.

DATED this 27th day of January, 2022.


_____
John Johnston
United States Magistrate Judge